UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN PAUL ODEGARD, | ) CASE NO. CV 11-992-PA (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| BRIAN MOYNIHAN, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: <u>February 16, 2011</u>.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd